NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAUL H. YOON, ELIZABETH F. YOON, TOBY DORAN, THOMAS J. DORAN,**
*Claimants-Appellants*

v.

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2025-1839

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 25-255, Judge Grant Jaquith.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Upon consideration of Elizabeth F. Yoon and Paul H. Yoon's motion to withdraw ECF No. 40 and 41,

It Is Ordered That:

The motion is granted.

For the Court

July 21, 2025
Date

Jarrett B. Perlow
Clerk of Court